## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-58-B-W |
| | ) | |
| ONE GLOCK MODEL 19, 9 MM SEMI-AUTOMATIC PISTOL, BEARING SERIAL NUMBER GUB624; ONE GLOCK MODEL 23, .40 CALIBER SEMI-AUTOMATIC PISTOL, BEARING SERIAL NUMBER GVV253, and ONE GLOCK MODEL 30, .45 CALIBER SEMI-AUTOMATIC PISTOL, BEARING SERIAL NUMBER GUU450, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| DEFENDANTS-IN-REM. | ) | |

### DECREE OF FORFEITURE

WHEREAS, on May 10, 2006, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of 18 U.S.C. §§ 922(g)(3) and 924(d) ;

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, on June 14, June 21 and June 28, 2006, notice of this action was published in the Houlton Pioneer Times, a newspaper of general circulation; and

WHEREAS, on May 31, 2006, the defendants-in-rem were served with the Verified Complaint for Forfeiture and the Summons and Warrant of Arrest; and

WHEREAS, on May 30, 2006, Michael Fourniert was served with the Verified Complaint for Forfeiture, Notice and the Summons and Warrant of Arrest;

WHEREAS, on June 2, 2006, Michael Fournier filed a claim;

WHEREAS, on July 7, 2006, Michael Fournier was defaulted for failure to file an answer; and

WHEREAS, no other persons or entities have filed a Verified Statement of Interest, contested or otherwise, to the defendants-in-rem;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that ONE GLOCK MODEL 19, 9 MM SEMI-AUTOMATIC PISTOL, BEARING SERIAL NUMBER GUB624; ONE GLOCK MODEL 23, .40 CALIBER SEMI-AUTOMATIC PISTOL, BEARING SERIAL NUMBER GVV253, and

ONE GLOCK MODEL 30, .45 CALIBER SEMI-AUTOMATIC PISTOL, BEARING SERIAL NUMBER GUU450, are hereby forfeited to the United States of America and no right, title or interest shall exist in any other person or entity; and the United States of America will dispose of the forfeited property in accordance with law.

**SO ORDERED.**

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2006